UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES A BOYD,<br><br>    Plaintiff,<br><br>v.<br><br>BRENT CARNEY, et al.,<br><br>    Defendants. | CASE NO. C11-5782 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 30. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**; and

(2) Plaintiff's Motion for Preliminary Injunctive Relief and Restraining Order is **DENIED**.

Dated this 23rd day August, 2012.

                                                   _____
                                                   BENJAMIN H. SETTLE
                                                   United States District Judge

ORDER