# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| JAMES A BOYD,<br><br>               Plaintiff,<br><br>v.<br><br>BRENT CARNEY, et al.,<br><br>               Defendants. | CASE NO. C11-5782 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 30. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

    (1)    The R&R is **ADOPTED**; and

    (2)    Plaintiff's Motion for Preliminary Injunctive Relief and Restraining Order is **DENIED**.

Dated this 23rd day August, 2012.

                                              *[signature]*
                                      BENJAMIN H. SETTLE
                                      United States District Judge